IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                              No. 3:08CV00150 JLH

CARL STEPHEN LEDBETTER and SUSAN K.
LEDBETTER, Husband and Wife, Individually and
as Partners of LEDBETTER FARMS; and
GREAT AMERICAN INSURANCE COMPANY.                                              DEFENDANTS

**ORDER CONFIRMING MARSHAL'S SALE**

Now on this day there is presented to the Court the report of sale of Robert G. Howard, Jr., United States Marshal for the Eastern District of Arkansas, made pursuant to the judgment entered in the above-captioned case on February 17, 2009, It appears to the satisfaction of the Court that the time, terms and place of said sale were advertised as required by law in a newspaper regularly issued and having general circulation in Mississippi County, Arkansas, for four consecutive weeks, the last publication being on June 4, 2009, and that said sale was held at the South Font Door of the Mississippi County Circuit Court in Blytheville, Arkansas, on June 10, 2009 at 11:00 a.m., in conformity with the judgment of this Court.  At such sale Delmer W. Mosley bid the sum of $18,500.00, and that being the highest and best bid offered, the property was then sold to Delmer W. Mosley.

IT IS, THEREFORE, ORDERED that the actions of the United States Marshal in advertising and making such sale be, and the same are in all respects, approved by the Court, and the purchase price of $18,500.00, less the expense items approved shall be paid to the United States of America, and U.S. Department of Agriculture, Rural Development.  The expense items reported by the United States Marshal in the amount of $89.00 are hereby approved by the Court.

The Marshal's Deed, submitted with his report of sale, has been approved as evidenced by an order separately entered in conformity with local practice, with copy of the Marshal's Deed attached thereto. The United States Marshal in the Eastern District of Arkansas is directed forthwith to deliver the deed to the purchasers named in his report of sale and that he be given possession of said property on demand. The Clerk of this Court is authorized and directed to issue proper writs of assistance upon application therefore, directed to the United States Marshal in the Eastern District of Arkansas, who shall proceed to place the purchaser, Delmer W. Mosley, in possession of the property.

DATED this 16th day of July, 2009.

_____
UNITED STATES DISTRICT JUDGE