IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                                    No. 3:08CV00150 JLH

CARL STEPHEN LEDBETTER and
SUSAN K. LEDBETTER, Husband and Wife,
Individually and as Partners of LEDBETTER
FARMS; and GREAT AMERICAN INSURANCE
COMPANY.                                                              DEFENDANTS

### ORDER APPROVING MARSHAL'S DEED

On this day, Robert G. Howard, Jr., United States Marshal for the Eastern District of

Arkansas, produces to the Court his deed to Delmer W. Mosley, the purchaser of the real

property described in said deed, and upon examination of said deed, the same is, in all things,

approved.  A copy of the Marshal's Deed is attached hereto, and the Clerk of this Court is

directed to file one copy of the Marshal's Deed together with this Order.

And the said Robert G. Howard, Jr., United States Marshal for the Eastern District of

Arkansas acknowledges that he has executed said deed to the purchaser for the consideration and

purposes therein mentioned and set forth; and it is ORDERED by the Court that a copy of this

order be attached to said deed and certified by the Clerk under the seal of this Court to the end

that the same may be entitled to record.

DATED this 16th day of July, 2009.

_____
UNITED STATES DISTRICT JUDGE