IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

UNITED STATES OF AMERICA                                                         PLAINTIFF

v.                                          No. 3:08CV00150 JLH

CARL STEPHEN LEDBETTER and SUSAN K.
LEDBETTER, Husband and Wife, Individually and
as Partners of LEDBETTER FARMS; and
GREAT AMERICAN INSURANCE COMPANY.                                    DEFENDANTS

## ORDER OF DISTRIBUTION

On June 10, 2009, at 11:00 a.m., at the front entrance of the Mississippi County Courthouse, Blytheville, Arkansas, Robert G. Howard, Jr., the U.S. Marshal for the Eastern District of Arkansas, offered for sale the lands described in the judgment entered on February17, 2009. At such sale, Delmer W. Mosley, was the highest and best bidder for the property, and the property was then sold to Delmer W. Mosley.

On June 10, 2009, the U.S. Marshal received Check No. 1598 for $1,850.00 from Delmer W. Mosley (Farmers Bank and Trust) and $16,722.96 on June 25, 2009 Check No. 1605 (Farmers Bank and Trust), totaling **$18,572.96** for payment in full for the property. In accordance with the terms of the judgment, it is hereby **ORDERED** that the U.S. Marshal for the Eastern District of Arkansas, transfer the above-mentioned funds to the U.S. Department of Agriculture, Rural Development, 700 West Capitol, Room 3416, Little Rock, AR 72201, and notify Gwendolyn D. Hodge, Assistant United States Attorney, by sending copy of same.

DATED this 16th day of July, 2009.

_____
UNITED STATES DISTRICT JUDGE